IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Steven Ary, | ) | |
|     Plaintiff, | ) | Civil Action No: 3:16-cv-421 |
| | ) | |
| v. | ) | Judge Rice |
| | ) | Magistrate Judge Newman |
| Nancy A. Berryhill,[3] | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
|     Defendant. | ) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

The findings of the ALJ, including the prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). During said proceedings, the ALJ will reweigh the medical opinions and reevaluate Plaintiff's residual functional capacity.

Date: 3-29-17                                    Entered: _____

---

[3] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).